**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**RESPONZETZ PLC, RESPONZETV
AMERICA, LLC, f/k/a Reliant
International Media, LLC,
and EXI INTERNATIONAL CORP.**

    **Plaintiffs,**

**v.**                                                          **Case No. 8:08-cv-2126-T-23EAJ**

**AKOS JANKURA and EXI
INTERNATIONAL, INC.,**

    **Defendants.**
_____/

**<u>MEDIATION REPORT</u>**

    After the Court's June 3, 2009 Order (Doc. 20), the parties through counsel had discussions facilitated by the undersigned.

    <u>The case has been tentatively settled.</u>

    Done August 21, 2009 in Tampa, Florida.

    Respectfully submitted,

<u>/s/ Peter J. Grilli</u>
Peter J. Grilli, Esq.
Florida Bar No. 237851
Mediator
3001 West Azeele Street
Tampa, Florida 33609
813.874.1002   Fax: 813.874.1131
email: meditr@aol.com

    I HEREBY CERTIFY that August 21, 2009 I electronically filed the foregoing document with the United States District Court, 801 North Florida Avenue, Tampa, Florida 33602 which will electronically send copies to:

| | |
|---|---|
| Andrew J. Lewis, Esquire | Joshua S.M. Smith, Esquire |
| | Paul R. Pizzo, Esquire |

                                             /s/ Peter J. Grilli
                                             Peter J. Grilli, Esq.